ACCEPTED
03-14-00808-CV
6658929
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 11:51:15 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 11:51:15 AM
JEFFREY D. KYLE
Clerk

August 26, 2015

Hon. Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
Price Daniel, Sr. Building
209 West 14th Street, Rm 101
Austin, Texas 78701

RE:  Appeal No. 03-14-00808-CV; Trial Court Cause No. 269,135-B; *Rosendo Morales v. Texas Department of Insurance-Division of Workers' Compensation and Commissioner Ryan Brannan, in his official capacity*; In the Third Court of Appeals, Austin, Texas.

Dear Clerk:

Please be advised that the undersigned counsel for Appellee will be out of town and unavailable from and including Friday, September 18, through and including Monday, September 28, 2015, as well as from and including Thursday, November 5, through and including Thursday, November 19, 2015.  I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.

Very truly yours,

*/s/ Adrienne Butcher*
Adrienne Butcher
Assistant Attorney General
Administrative Law Division
Telephone: (512) 463-1410
Facsimile: (512) 320-0167
Attorney for Appellee


cc:  Bradley Dean McClellan, via email to Brad.McClellan@yahoo.com